UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No.: 2:17-CR-66 |
| | ) | Judge Greer |
| DAVID BYRON JONES | ) | |
| JONATHAN DELPH | ) | |
| CLAY SEALS JR. | ) | |
| STEPHANIE BAILEY | ) | |
| DONNA STRONG | ) | |
|   also known as DONNA DUNBAR | ) | |
| CURTIS CARPENTER | ) | |
| JERRY ROBINETTE | ) | |
| EDWARD SMITH | ) | |
| TYLER DELPH | ) | |
| SCOTTIE DELPH | ) | |
| JAMES MICHAEL WHITAKER | ) | |
| PAUL BLEDSOE JR. | ) | |
| WILLIAM WEST | ) | |
|   also known as BUMP | ) | |
| FRANKIE BENTON | ) | |
| JAMES DWAYNE BYINGTON | ) | |
| LEONARD BRAD EIDSON | ) | |
| PHILLIP BURTON | ) | |
|   also known as BURGER | ) | |
| TOBY JONES | ) | |

## COUNT ONE

The Grand Jury charges that beginning on or about the fall of 2015 and continuing until on or about July 11, 2017, in the Eastern District of Tennessee and elsewhere, the defendants, DAVID BYRON JONES; JONATHAN DELPH; CLAY SEALS, JR.; STEPHANIE BAILEY; DONNA STRONG, also known as DONNA DUNBAR; CURTIS CARPENTER; JERRY ROBINETTE; EDWARD SMITH; TYLER DELPH; SCOTTIE DELPH; JAMES MICHAEL WHITAKER; PAUL BLEDSOE JR.; WILLIAM WEST, also known as BUMP; FRANKIE BENTON; JAMES DWAYNE BYINGTON; LEONARD BRAD EIDSON; PHILLIP BURTON, also known as BURGER; TOBY JONES; and other persons known and unknown to

the Grand Jury did knowingly, intentionally, and without authority combine, conspire, confederate and agree with each other and with diverse other persons to commit the following offenses against the United States of America: The distribution and possession with the intent to distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

[21 U.S.C. §§ 846 and 841(b)(1)(A)]

## COUNT TWO

The Grand Jury further charges that on or about September 4, 2016, in the Eastern District of Tennessee, the defendant, STEPHANIE BAILEY, did knowingly, intentionally, and without authority possess with intent to distribute five (5) or more grams of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)]

## COUNT THREE

The Grand Jury further charges that on or about October 24, 2016, in the Eastern District of Tennessee, the defendant, JAMES MICHAEL WHITAKER, did knowingly, intentionally, and without authority distribute a quantity of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

## COUNT FOUR

The Grand Jury further charges that on or about October 26, 2016, in the Eastern District of Tennessee, the defendant, JONATHAN DELPH, did knowingly, intentionally, and without authority distribute a quantity of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

## COUNT FIVE

The Grand Jury further charges that on or about October 26, 2016, in the Eastern District of Tennessee, the defendant, CURTIS CARPENTER, did knowingly, intentionally, and without authority distribute a quantity of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

## COUNT SIX

The Grand Jury further charges that on or about November 2, 2016, in the Eastern District of Tennessee, the defendant, JONATHAN DELPH, did knowingly, intentionally, and without authority distribute a quantity of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

## COUNT SEVEN

The Grand Jury further charges that on or about November 3, 2016, in the Eastern District of Tennessee, the defendant, JONATHAN DELPH, did knowingly, intentionally, and without authority distribute five (5) or more grams of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)]

## COUNT EIGHT

The Grand Jury further charges that on or about November 7, 2016, in the Eastern District of Tennessee, the defendant, SCOTTIE DELPH, did knowingly, intentionally, and without authority distribute a quantity of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

## COUNT NINE

The Grand Jury further charges that on or about November 10, 2016, in the Eastern District of Tennessee, the defendant PAUL BLEDSOE JR., aided and abetted by another known to the Grand Jury, did knowingly, intentionally, and without authority distribute a quantity of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance. [21 U.S.C. §§ 841(a)(1), (b)(1)(C) and 18 U.S.C. § 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946) (*Pinkerton* liability)]

## COUNT TEN

The Grand Jury further charges that on or about November 11, 2016, in the Eastern District of Tennessee, the defendants, JONATHAN DELPH and TYLER DELPH, aided and abetted by each other, did knowingly, intentionally, and without authority distribute a quantity of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance. [21 U.S.C. §§ 841(a)(1), (b)(1)(C) and 18 U.S.C. § 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946) (*Pinkerton* liability)]

## COUNT ELEVEN

The Grand Jury further charges that on or about November 15, 2016, in the Eastern District of Tennessee, the defendants, SCOTTIE DELPH and JAMES MICHAEL WHITAKER, aided and abetted by each other, did knowingly, intentionally, and without authority distribute a

quantity of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(C) and 18 U.S.C. § 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946) (*Pinkerton* liability)]

## COUNT TWELVE

The Grand Jury further charges that on or about November 17, 2016, in the Eastern District of Tennessee, the defendants, SCOTTIE DELPH and JAMES MICHAEL WHITAKER, aided and abetted by each other, did knowingly, intentionally, and without authority distribute a quantity of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(C) and 18 U.S.C. § 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946) (*Pinkerton* liability)]

## COUNT THIRTEEN

The Grand Jury further charges that on or about November 21, 2016, in the Eastern District of Tennessee, the defendant, SCOTTIE DELPH, aided and abetted by another known to the Grand Jury, did knowingly, intentionally, and without authority distribute a quantity of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(C) and 18 U.S.C. § 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946) (*Pinkerton* liability)]

## COUNT FOURTEEN

The Grand Jury further charges that on or about November 21, 2016, in the Eastern District of Tennessee, the defendant, TYLER DELPH, did knowingly, intentionally, and without authority distribute a quantity of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

## COUNT FIFTEEN

The Grand Jury further charges that on or about November 28, 2016, in the Eastern District of Tennessee, the defendant, CURTIS CARPENTER, did knowingly, intentionally, and without authority distribute a quantity of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

## COUNT SIXTEEN

The Grand Jury further charges that on or about November 29, 2016, in the Eastern District of Tennessee, the defendant, TYLER DELPH, did knowingly, intentionally, and without authority distribute a quantity of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

## COUNT SEVENTEEN

The Grand Jury further charges that on or about November 29, 2016, in the Eastern District of Tennessee, the defendant, JAMES MICHAEL WHITAKER, did knowingly, intentionally, and without authority distribute a quantity of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

## COUNT EIGHTEEN

The Grand Jury further charges that on or about December 1, 2016, in the Eastern District of Tennessee, the defendant, JAMES MICHAEL WHITAKER, did knowingly, intentionally, and without authority distribute a quantity of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

## COUNT NINETEEN

The Grand Jury further charges that on or about December 1, 2016, in the Eastern District of Tennessee, the defendants, PAUL BLEDSOE JR., aided and abetted by another known to the Grand Jury, did knowingly, intentionally, and without authority distribute five (5) or more grams of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(B) and 18 U.S.C. § 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946) (*Pinkerton* liability)]

## COUNT TWENTY

The Grand Jury further charges that on or about December 8, 2016, in the Eastern District of Tennessee, the defendant, WILLIAM WEST, also known as BUMP, did knowingly, intentionally, and without authority distribute a quantity of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

## COUNT TWENTY-ONE

The Grand Jury further charges that on or about December 8, 2016, in the Eastern District of Tennessee, the defendant, CURTIS CARPENTER, did knowingly, intentionally, and without authority distribute five (5) or more grams of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)]

## COUNT TWENTY-TWO

The Grand Jury further charges that on or about December 9, 2016, in the Eastern District of Tennessee, the defendant, LEONARD BRAD EIDSON, did knowingly, intentionally, and without authority distribute a quantity of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

## COUNT TWENTY-THREE

The Grand Jury further charges that on or about December 10, 2016, in the Eastern District of Tennessee, the defendant, LEONARD BRAD EIDSON, did knowingly, intentionally, and without authority distribute a quantity of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

## COUNT TWENTY-FOUR

The Grand Jury further charges that on or about December 12, 2016, in the Eastern District of Tennessee, the defendants, JERRY ROBINETTE and EDWARD SMITH, aided and abetted by each other, did knowingly, intentionally, and without authority distribute a quantity of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(C) and 18 U.S.C. § 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946) (*Pinkerton* liability)]

## COUNT TWENTY-FIVE

The Grand Jury further charges that on or about December 13, 2016, in the Eastern District of Tennessee, the defendant, WILLIAM WEST, also known as BUMP, did knowingly, intentionally, and without authority distribute a quantity of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

## COUNT TWENTY-SIX

The Grand Jury further charges that on or about December 14, 2016, in the Eastern District of Tennessee, the defendant, CURTIS CARPENTER, did knowingly, intentionally, and without authority possess with intent to distribute a quantity of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

## COUNT TWENTY-SEVEN

The Grand Jury further charges that on or about December 14, 2016, in the Eastern District of Tennessee, the defendant, CURTIS CARPENTER, did knowingly possess a firearm in furtherance of the drug trafficking offense as charged in Count Twenty-Six, namely, a violation of Title 21, United States Code, Sections 841(a)(1) and 846, which is incorporated by reference.

[18 U.S.C. § 924(c)(1)(A)]

## COUNT TWENTY-EIGHT

The Grand Jury charges that on or about December 14, 2017, in the Eastern District of Tennessee, the defendant, CURTIS CARPENTER, having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce, one or more firearms, namely:

- a Master Piece Arms; Model: MPA10T-A; .45 caliber ACP Pistol,
- a CBC; Model SB; 12 gauge single shot shotgun,

said firearms having been shipped and transported in interstate commerce.

[18 U.S.C. § 922(g)(1)]

## COUNT TWENTY-NINE

The Grand Jury further charges that on or about December 15, 2016, in the Eastern District of Tennessee, the defendant, EDWARD SMITH, did knowingly, intentionally, and without authority distribute a quantity of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

## COUNT THIRTY

The Grand Jury further charges that on or about December 18, 2016, in the Eastern District of Tennessee, the defendant, LEONARD BRAD EIDSON, did knowingly, intentionally, and without authority distribute a quantity of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

## COUNT THIRTY-ONE

The Grand Jury further charges that on or about December 19, 2016, in the Eastern District of Tennessee, the defendant, JERRY ROBINETTE, did knowingly, intentionally, and without authority distribute five (5) or more grams of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)]

## COUNT THIRTY-TWO

The Grand Jury further charges that on or about December 28, 2016, in the Eastern District of Tennessee, the defendant, FRANKIE BENTON, did knowingly, intentionally, and without authority possess with intent to distribute a quantity of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

## COUNT THIRTY-THREE

The Grand Jury further charges that on or about December 29, 2016, in the Eastern District of Tennessee, the defendants, JERRY ROBINETTE and EDWARD SMITH, aided and abetted by each other, did knowingly, intentionally, and without authority possess with intent to distribute five (5) or more grams of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(B) and 18 U.S.C. § 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946) (*Pinkerton* liability)]

## COUNT THIRTY-FOUR

The Grand Jury further charges that on or about December 29, 2016, in the Eastern District of Tennessee, the defendants, JERRY ROBINETTE and EDWARD SMITH, aided and abetted by each other, did knowingly possess firearms in furtherance of the drug offense as charged in Count One, namely, a violation of Title 21, United States Code, Sections 841(a)(1) and 846, which is incorporated by reference.

[18 U.S.C. § 924(c)(1)(A) and 18 U.S.C. § 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946) (*Pinkerton* liability)]

## COUNT THIRTY-FIVE

The Grand Jury charges that on or about December 29, 2017, in the Eastern District of Tennessee, the defendant, JERRY ROBINETTE, having been convicted in a of a crime punishable by imprisonment for a term exceeding one year, aided and abetted by Edward Smith, did knowingly possess in and affecting interstate commerce, one or more firearms, namely: a North American Arms .22 caliber revolver and a Taurus .380 semi-automatic pistol, said firearms having been shipped and transported in interstate commerce.

[18 U.S.C. § 922(g)(1) and 18 U.S.C. § 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946) (*Pinkerton* liability)]

## COUNT THIRTY-SIX

The Grand Jury further charges that on or about January 2, 2017, in the Eastern District of Tennessee, the defendant, LEONARD BRAD EIDSON, did knowingly, intentionally, and without authority distribute a quantity of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

## COUNT THIRTY-SEVEN

The Grand Jury further charges that on or about January 4, 2017, in the Eastern District of Tennessee, the defendant, DONNA STRONG, also known as DONNA DUNBAR, did knowingly, intentionally, and without authority distribute a quantity of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

## COUNT THIRTY-EIGHT

The Grand Jury further charges that on or about January 10, 2017, in the Eastern District of Tennessee, the defendant, DONNA STRONG, also known as DONNA DUNBAR, did knowingly, intentionally, and without authority distribute a quantity of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

## COUNT THIRTY-NINE

The Grand Jury further charges that on or about January 16, 2017, in the Eastern District of Tennessee, the defendant, PHILLIP BURTON, also known as BURGER, did knowingly, intentionally, and without authority possess with intent to distribute five (5) or more grams of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)]

## COUNT FORTY

The Grand Jury further charges that on or about January 17, 2017, in the Eastern District of Tennessee, the defendant, JAMES DWAYNE BYINGTON, did knowingly, intentionally, and without authority distribute a quantity of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

## COUNT FORTY-ONE

The Grand Jury further charges that on or about January 23, 2017, in the Eastern District of Tennessee, the defendant, PHILLIP BURTON, also known as BURGER, did knowingly, intentionally, and without authority distribute a quantity of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

## COUNT FORTY-TWO

The Grand Jury further charges that on or about January 26, 2017, in the Eastern District of Tennessee, the defendant, JONATHAN DELPH, did knowingly, intentionally, and without authority possess with intent to distribute fifty (50) or more grams of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)]

## COUNT FORTY-THREE

The Grand Jury further charges that on or about January 30, 2017, in the Eastern District of Tennessee, the defendant, JONATHAN DELPH, did knowingly, intentionally, and without authority possess with intent to distribute fifty (50) or more grams of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)]

## COUNT FORTY-FOUR

The Grand Jury further charges that on or about February 6, 2017, in the Eastern District of Tennessee, the defendant, PHILLIP BURTON, also known as BURGER, did knowingly, intentionally, and without authority distribute a quantity of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

## COUNT FORTY-FIVE

The Grand Jury further charges that on or about February 9, 2017, in the Eastern District of Tennessee, the defendant, PHILLIP BURTON, also known as BURGER, did knowingly possess a firearm in furtherance of the drug trafficking offense as charged in Count One, namely, a violation of Title 21, United States Code, Sections 841(a)(1) and 846, which is incorporated by reference.

[18 U.S.C. § 924(c)(1)(A)]

## COUNT FORTY-SIX

The Grand Jury further charges that on or about March 16, 2017, in the Eastern District of Tennessee, the defendant, JAMES DWAYNE BYINGTON, did knowingly, intentionally, and without authority distribute a quantity of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

## COUNT FORTY-SEVEN

The Grand Jury further charges that on or about March 29, 2017, in the Eastern District of Tennessee, the defendant, TYLER DELPH, did knowingly possess firearms in furtherance of the drug trafficking offense as charged in Count One, namely, a violation of Title 21, United States Code, Sections 841(a)(1) and 846, which is incorporated by reference.

[18 U.S.C. § 924(c)(1)(A)]

## COUNT FORTY-EIGHT

The Grand Jury further charges that on or about May 9, 2017, in the Eastern District of Tennessee, the defendant, CLAY SEALS, JR., did knowingly, intentionally, and without authority distribute a quantity of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

## COUNT FORTY-NINE

The Grand Jury further charges that on or about May 16, 2017, in the Eastern District of Tennessee, the defendant, CLAY SEALS, JR. did knowingly possess firearms in furtherance of the drug trafficking offense as charged in Count One, namely, a violation of Title 21, United States Code, Sections 841(a)(1) and 846, which is incorporated by reference.

[18 U.S.C. § 924(c)(1)(A)]

A TRUE BILL:

FOREPERSON

APPROVED:

NANCY STALLARD HARR
United States Attorney

By: J. CHRISTIAN LAMPE
Assistant United States Attorney