UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 2:17-CR-66 |
| | ) |
| CURTIS CARPENTER | ) |

## ADDENDUM TO PLEA AGREEMENT

The United States of America, by the United States Attorney for the Eastern District of Tennessee, and the defendant, Curtis Carpenter, and the defendant's attorney, William Louis Ricker, have agreed upon the following addendum to the plea agreement filed for this defendant:

The parties agree that the appropriate disposition of this case would be the following as to each count:

    a)    The Court may impose any lawful term(s) of imprisonment, any lawful fine(s), and any lawful term(s) of supervised release up to the statutory maximum(s);

    b)    The Court will impose special assessment fees as required by law; and

    c)    The Court may order forfeiture as applicable and restitution as appropriate. No promises have been made by any representative of the United States to the defendant as to what the sentence will be in this case. Any estimates or predictions made to the defendant by defense counsel or any other person regarding any potential sentence in this case are not binding on the Court, and may not be used as a basis to rescind this plea agreement or withdraw the defendant's guilty plea(s). The defendant understands that the sentence in this case will be determined by the Court after it receives the presentence investigation report from the United States Probation Office and any information presented by the parties. The defendant acknowledges that the sentencing determination will be based

upon the entire scope of the defendant's criminal conduct, the defendant's criminal history, and pursuant to other factors and guidelines as set forth in the Sentencing Guidelines and the factors set forth in 18 U.S.C. § 3553.

NANCY STALLAR HARR
UNITED STATES ATTORNEY

___10/24/17___  By: _____
Date                        J. CHRISTIAN LAMPE
                            Assistant United States Attorney

___10-24-17___       _____
Date                        CURTIS CARPENTER
                            Defendant

___Oct 24, 2017___   _____
Date                        WILLIAM LOUIS RICKER
                            Attorney for the Defendant